JULIUS GORDON, Appellant, v. ALFRED VISONE, ALFREDO REALTY CO., INC., FORTUNE REALTY CORP. and MAURICE ALBERT, Respondents.— *Action to restrain defendants* from conducting a business similar to that conducted by plaintiff, a lessee of one of the defendants. The complaint was dismissed, without testimony being taken, on the ground that it did not state a cause of action. Order dismissing the complaint reversed on the law and a new trial granted, with ten dollars costs and disbursements to appellant to abide the event, on the authority of *Al Raschid* v. *News Syndicate Co.* (265 N. Y. 1); *Tuttle* v. *Buck* (107 Minn. 145; 119 N. W. 946); *Dunshee* v. *Standard Oil Co.* (152 Iowa, 618, 624; 132 N. W. 371; 36 L. R. A. [N. S.] 263); *Amer. Bank & Trust Co.* v. *Federal Bank* (256 U. S. 350). Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur.

JEANNE H. GOLD, Respondent, v. ABRAHAM SMITH, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

In the Matter of Supplementary Proceedings: HENRY VILLAUME, Respondent, v. MARY NELSON, as Executrix, etc., of JULIUS NELSON, Deceased, Judgment Debtor; MAX ROTHSTEIN, as Executor, etc., of JULIUS NELSON, Deceased, Appellant.— In view of the decision in the appeal herein [*post*, p. 761], decided herewith, the motion for a stay is dismissed, without costs, as unnecessary. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE R. WILSON, Appellant, v. LEWIS E. LAWES, Warden of Sing Sing Prison, Ossining, N. Y., Respondent.— The decision of this court handed down on February 21, 1936 [*ante*, p. 739], is hereby amended to read as follows: Motion granted to the extent of vacating order dismissing appeal and directing that the appeal be ordered on the calendar for the March term of this court. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.